UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:20-cr-254-VMC-AEP

KIARA MARIE RIVERA SERRANO

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Kiara Marie Rivera Serrano's Motion Requesting Termination of Probation (Doc. # 148), filed on March 27, 2025. The United States responded on April 1, 2025. (Doc. # 150). For the reasons that follow, the Motion is granted.

**Discussion**

Pursuant 18 U.S.C. § 3564(c), the Court:

after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).

1

Ms. Rivera Serrano was sentenced to a 60-month term of probation on February 4, 2022, for conspiracy to distribute and possess with intent to distribute 100 grams or more of heroin. (Doc. ## 132, 133). At sentencing, the Court determined that Ms. Rivera Serrano committed the offense under the direction and control of her co-defendant and former boyfriend.

Now, after having successfully served over three years of probation, Ms. Rivera Serrano seeks early termination. (Doc. # 148). She emphasizes that she has been compliant with all terms of probation and has had no new arrests. Ms. Rivera Serrano has maintained stable full-time employment and residence. (Id. at 9). She is the primary caregiver of her two minor children and has a strong relationship with other family members as well. (Id. at 7-9).

Importantly, neither probation nor the government oppose Ms. Rivera Serrano's request. (Doc. # 150). Considering all of the above, the Court finds that the Section 3553(a) factors weigh in favor of early termination. In light of Ms. Rivera Serrano's good conduct on probation and the probation officer's consent, the Court agrees that Ms. Rivera Serrano's probation should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Kiara Marie Rivera Serrano's Motion Requesting Termination of Probation (Doc. # 148) is **GRANTED.**

(2) Kiara Marie Rivera Serrano is discharged from probation effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>1st</u> day of April, 2025.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE